UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :

NATIONAL UNION FIRE INSURANCE COMPANY   :
OF PITTSBURGH, P.A.,                         :

                        Plaintiff,         :

                                     :      26 Civ. 2336 (JPC)

        -v-                        :

                                   :         ORDER

MEDITERRANEAN SHIPPING COMPANY SA,     :

                        Defendant.    :

                                   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff National Union Fire Insurance Company of Pittsburgh, P.A. initiated this action by filing a Complaint against Defendant Mediterranean Shipping Company SA on March 21, 2026. Plaintiff's deadline to serve Defendant was therefore June 22, 2026. *See* Fed. R. Civ. P. 4(m); *see also* Fed. R. Civ. P. 6(a)(1)(C) (providing that if a deadline "is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday"). That deadline has now passed and Plaintiff has not provided proof of service upon Defendant. By June 30, 2026, Plaintiff must file proof of service upon Defendant or a letter explaining why good cause exists to excuse Plaintiff's failure to serve Defendant. *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

      SO ORDERED.

Dated: June 23, 2026
      New York, New York                             JOHN P. CRONAN
                                      United States District Judge